sevrice of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

THOMAS GALLAGHER, an Infant, by BRIDGET GALLAGHER, His Guardian ad Litem, Respondent, v. JOHN H. PEPER, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

BRIDGET GALLAGHER, Respondent, v. JOHN H. PEPER, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

UNION SILK COMPANY, INC., Respondent, v. GENERAL SILK IMPORTING COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

DANIEL WIENER, Appellant, v. EDWARD I. GOODRICH and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

JOHN A. HUSTON, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

HENRY SHAPIRO and Another, Copartners, etc., Respondents, v. JOHN H. SCHEIER, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

JACOB FROEHLICH CABINET WORKS, Respondent, v. DURELL GREGORY & Co., INC., Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

SHEFFIELD FARMS COMPANY, INC., Appellant, v. JAMES C. DAVIS, Director-General of Railroads, as Agent, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell and Finch, JJ.

BENHAM & BOYESEN, INC., Respondent, v. MUTUAL EXPORT AND IMPORT CORPORATION OF AMERICA, Impleaded with MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

MARIE HOENACK, Respondent, v. MARIE ALLGOEVER, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

VICTOR CALANDRO, Appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of WALTER H. MURPHY, Respondent, v. ISIDOR KOPLIK, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

ISIDOR PINOS, an Infant, by RUBEN PINOS, His Guardian ad Litem, Respondent, v. ISIDOR SUSKIN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

ELIZABETH PAVELKA, as Administratrix, etc., of VACLAV PAVELKA, Deceased,